IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20-CV-1100 |
| ) | |
| ROCKINGHAM COUNTY ) | |
| BOARD OF ELECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendants' motion to dismiss, Doc. 16, is **GRANTED IN PART** as to the claims against Rockingham County, the claims against defendants Purgason and Reece individually in Count Three, and the claims against defendants Purgason and Reece in their official capacities only. The motion to dismiss is otherwise **DENIED**.

This the 2nd day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE